USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2023

**MEMO ENDORSED**

**Memorandum Endorsement**
*Dynamic Systems, Inc. v. Skanska USA Building, Inc.*
7:19-cv-10237 (NSR) (AEK)

The Court has reviewed Defendant Skanska USA Building, Inc.'s ("Defendant" or "Skanska") attached letter notifying the Court that Skanska, Plaintiff Dynamic System Inc. ("Plaintiff" or "Dynamic"), Westchester County Health Care Corporation ("Westchester"), and West-Fair Electric Contractors, Inc. ("West-Fair") have entered into a liquidating agreement (the "Agreement"), whereby Skanska, Dynamic, Westchester and West-Fair have settled all of the claims that they have asserted against each other in this matter (ECF No. 225).

In light of the foregoing, Skanska's motion to dismiss as against Dynamic is DENIED as moot, and the Clerk of the Court is kindly directed to terminate the motion at ECF No. 148.

Dated: February 27, 2023
      White Plains, NY

SO ORDERED:

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE



# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

www.pecklaw.com

1325 Avenue of the Americas
10th Floor
New York, NY  10019
212.382.0909 fax 212.382.3456

New York, NY
Los Angeles, CA
Oakland, CA
Washington, D.C.
Miami, FL
Chicago, IL
River Edge, NJ
Austin, TX
Dallas, TX
Houston, TX

**International Alliances**

Argentina
Brazil
Canada
Chile
Colombia
Costa Rica
El Salvador
England
Guatemala
India
Mexico
Panama
Peru
Uruguay

Gerard J. Onorata
*Partner*

***By Electronic Filing***

February 27, 2023

Honorable Nelson S. Roman
United States District Judge
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

RE: **Dynamic Systems, Inc. v. Skanska USA Building Inc.**
**Civil Action No. 7:19-cv-10237**
**Our File No.: 414710**

Dear Judge Roman:

I am writing to clarify the letter that I submitted to the Court dated February 24, 2023, concerning the withdrawal of Defendant, Skanska USA Building Inc.'s ("Skanska") Motion to Dismiss the Lien Claim Foreclosure Action filed by the Plaintiff, Dynamic Systems, Inc. ("Dynamic").

The motion that was previously filed by Skanska is moot because Skanska and Dynamic entered into a Liquidating Agreement. Westchester County Health Care Corporation ("Westchester"), and West-Fair Electric Contractors, Inc. ("West-Fair") are also signatories to the Liquidating Agreement. Skanska, Dynamic, Westchester and West-Fair (the "Settling Defendants") have settled all of the claims that they have asserted against each other in this matter. All of the other claims that have been asserted by the other parties to this action, i.e., Perkins Eastman Architects, D.P.C.; John Smolen & Associates LLC; John Smolen; Bard, Rao & Athanas Consulting Engineers, P.C. a/k/a BR+A Engineers; and Mazzetti, Inc. a/k/a Mazzetti+GBA, have not been settled and are still being litigated against the Settling Defendants and each other.

Thank you.

Respectfully,

*[signature]*

GERARD J. ONORATA
GJO/gp
cc: All Counsel (by electronic mail)

