

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500   F 212.307.5598   www.Venable.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/13/2024

**MEMO ENDORSED**

June 6, 2024

t 212.503.0654
f 212.307.5598
GLRubin@Venable.com

**VIA ECF FILING & FAX**

Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150
Fax: (914) 390-4179

Re: *Dynamic Systems, Inc. v. Skanska USA Building Inc., et al.*,
Civil Action No. 7:19-cv-10237-NSR-AEK

Dear Judge Román:

We represent Third-Party Defendant / Fourth-Party Plaintiff Westchester County Health Care Corporation in connection with the lawsuit referenced above. We write to inform the Court that except for two fifth-party defendants (Bard, Rao & Athanas Consulting Engineers P.C. and Mazzetti, Inc.), the parties have reached an agreement in principle to fully settle their claims in this action. The parties are currently working on the language of the formal agreement, but wanted to ensure that Your Honor is aware of our progress in light of the pending motions for summary judgment.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Gary L. Rubin

**In light of the Third-Party Defendant/Fourth-Party Plaintiff Westchester County Health Care Corporation's representation that the parties (except for Bard, Rao & Athanas Consulting Engineers P.C. and Mazetti Inc.) have reached a settlement agreement in principle, the Court withdraws Third-Party Defendant / Fourth-Party Plaintiff Westchester County Health Corporation's Cross-Motion for Partial Summary Judgment (ECF No. 323) and Fourth-Party Defendant/Fifth-Party Plaintiff Perkin Eastman Architects, D.P.C.'s Motion for Partial Summary Judgment (ECF No. 337) without prejudice to renew. The Clerk of Court is directed to terminate the motions at ECF Nos. 323 and 337.**

**Dated: June 13, 2024**
**White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE



Hon. Nelson S. Román
June 6, 2024
Page 2

**CC (By E-Filing Only):**

**WHITEMAN OSTERMAN & HANNA LLP**
*Attorneys for Plaintiff, Dynamic Systems, Inc.*
J. Scott Greer, Esq.
510 Haight Ave, Suite 202
Poughkeepsie, NY 12603
Tel: 518-487-7600
Email: jsgreer@woh.com

**PECKAR & ABRAMSON, P.C**
*Attorneys for Defendant Skanska USA Building, Inc.*
Gerard J. Onorata, Esq.
1325 Avenue of the Americas, 10th Fl.
New York, New York 10019
Tel: (212) 382-0909
Email: GOnorata@pecklaw.com

**WELBY, BRADY & GREENBLATT, LLP**
*Attorneys for Defendant*
*West-Fair Electrical Contractors, Inc.*
Anthony P. Carlucci, Jr., Esq.
11 Martine Avenue
White Plains, New York 10606
Tel: (914)428-2100
Email: acarlucci@wbgllp.com

**WASSERMAN GRUBIN & ROGERS LLP**
*Attorneys for Fourth Party Defendant/Fifth Party*
*Plaintiff Perkins Eastman Architects D.P.C.*
Michael T. Rogers, Esq.
1700 Broadway, 42nd Floor
New York, NY 10019
Tel: 212-581-3320
Email: mrogers@wgrlaw.com



Hon. Nelson S. Román
June 6, 2024
Page 3

**GOLDSTEIN LAW, P.C.**
*Attorneys for Fifth Party Defendant*
*John Smolen & Associates LLC and*
*Elizabeth Doherty as representative on behalf of Fifth*
*Party Defendant John Smolen*
Jeffrey R. Beitler, Esq.
1325 Franklin Ave., Ste. 320
Garden City, NY 11530
Tel: (516) 417-5388
Email: jbeitler@sacslaw.com

**GOGICK, BYRNE & O'NEILL, LLP**
*Attorneys for Fifth Party Defendants*
*Bard Rao & Athanas Consulting Engineers,*
*PC, a/k/a BR+A Engineers and Mazzetti,*
*Inc., a/k/a Mazzetti+GBA*
Paul P. Novak, Esq.
11 Broadway
Suite 1560
New York, NY 10004
Tel: 212 422-9424
Email: pn@bonlaw.com